Doffin *v.* Guyer.

---

------•------

## DOFFIN *v.* GUYER.

EVIDENCE.—*Stamp.*—An objection to the introduction in evidence of a written contract, on the ground that the United States revenue stamp required by law affixed thereto was cancelled only with the initials of the party signing the contract, without the date, was properly overruled.

APPEAL from the Tippecanoe Common Pleas.

DOWNEY, J.—This was an action by the appellee against the appellant, founded on a contract in writing, by which the appellant bound himself to pay the residue of a designated sum, after applying the proceeds of certain personal property thereto. Issues were formed; there was a trial by jury; verdict for the plaintiff; a motion for a new trial made by the defendant overruled, and judgment on the verdict.

The only question made in this court is, that the common pleas erred in admitting in evidence the instrument on which the action is founded. The objection to its admissibility,

made by counsel for the appellant, was, that it is not duly stamped, and the stamp properly cancelled. The required stamp was affixed, but it was cancelled only with the initials of the party, without the date. This objection was properly overruled. See *Adams* v. *Dale,* 29 Ind. 273. Other cases have since been decided by this court, holding that a stamp was not necessary to the validity of the contract.

The judgment is affirmed, with five per cent. damages and costs.

*J. A. Stein,* for appellant.

*H. W. Chase* and *J. A. Wilstach,* for appellee.